United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 20-11230-jkf
Frederick R. Naddeo                                                       Chapter 13
Debra A. Naddeo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1              Date Rcvd: Mar 03, 2020
                              Form ID: pdf900          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2020.
db/jdb        +Frederick R. Naddeo,    Debra A. Naddeo,    385 Upland Way,    Drexel Hill, PA 19026-1023
              +Liquor Control Board,    Pennsylvania Treasury,    G10 Finance Building,
               Harrisburg, PA 17120-0039

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Mar 04 2020 03:20:54    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 04 2020 03:20:31
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 04 2020 03:20:48    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Debtor Frederick R. Naddeo aaamcclain@aol.com,
                edpbankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Debra A. Naddeo aaamcclain@aol.com,
                edpbankcourt@aol.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      : Chapter 13
    Naddeo, Frederick R.
    Naddeo, Debra A.
      Debtor(s)                        : 20-11230

## ORDER DIRECTING EMPLOYER* TO MAKE WAGE
## DEDUCTIONS FOR REMITTANCE TO TRUSTEE

**TO EMPLOYER:**
**Liquor Control Board**
**Pennsylvania Treasury**
**G10 Finance Building**
**Harrisburg, PA 17120**

Re:   **Naddeo, Frederick R.**
SSN:  xxx-xx-5659

    The future earnings of the above named debtor Naddeo, Frederick R., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of :**$1,425.00 monthly for 60 months,** prorata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$1,425.00 for 60 months**
Scott Waterman Trustee
P.O. Box 680
Memphis, TN 38101-0680

BY THE COURT:_____
           JUDGE
                  **Date: March 2, 2020**

Liquor Control Board
Pennsylvania Treasury
G10 Finance Building
Harrisburg, PA 17120

Naddeo, Frederick R.
Naddeo, Debra A.
385 Upland Way
Drexel Hill, PA 19026


Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123