UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                              Bankr. Case No. 20-11230-JKF-13

Frederick R. Naddeo and Debra A. Naddeo                                          Chapter 13
    Debtor(s)

## REQUEST FOR NOTICE

  Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

      Americredit Financial Services, Inc. dba GM Financial
      PO Box 183853
      Arlington, TX  76096

By /s/ Mandy Youngblood

      Mandy Youngblood
      PO Box 183853
      Arlington, TX  76096
      877-203-5538
      877-259-6417
      Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                         Bankr. Case No. 20-11230-JKF-13

Frederick R. Naddeo and Debra A. Naddeo                            Chapter 13

      Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on March 9, 2020 :

JOHN L MCCLAIN                                         Scott Waterman
PO BOX 123                                               2901 St. Lawrence Ave.
NARBERTH, PA  19072                           Suite 100
                                                                  Reading, PA 19606

                                                                   By  /s/ Mandy Youngblood

                                                                        Mandy Youngblood

xxxxx36838 / 1015344