Certificate Number: 03088-PAE-DE-034317125

Bankruptcy Case Number: 20-11230



03088-PAE-DE-034317125

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 6, 2020</u>, at <u>9:09</u> o'clock <u>PM CDT</u>, <u>Frederick R Naddeo</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 6, 2020</u>            By:    <u>/s/Doug Tonne</u>

                                         Name:  <u>Doug Tonne</u>

                                         Title: <u>Counselor</u>