**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    Naddeo, Frederick R.                : Chapter 13
    Naddeo, Debra A.
        Debtors                        : 20-11230

**CERTIFICATE OF SERVICE**

    I certify that copies of the **Debtor's Motion to Approve Joint Debtor's Personal Injury Lawsuit, proposed Order and Notice of hearing** were served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on <u>July 1, 2020</u>.

                      <u>"/s/"Mitchell J.Prince</u>
                      John L. McClain, Esquire
                      Mitchell J. Prince, Esquire
                      Attorneys for debtors

John L. McClain and Associates
Attorneys at Law
PO Box 123
Narberth, PA 19072

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Michael C. Ksiazek, Esq.
Stark & Stark Attorneys at Law
777 Township Line Road, Suite 120
Yardley, PA 19067

Naddeo, Frederick R.
Naddeo, Debra A.
385 Upland Way
Drexel Hill, PA 19026