UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Frederick R. Naddeo<br>    Debra A. Naddeo<br><br>          Debtors | Chapter 13<br>Bankruptcy No.20-11230-AMC |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 2nd day of July, 2020, by first class mail upon those listed below:

Frederick R. Naddeo
Debra A. Naddeo
385 Upland Way
Drexel Hill, PA  19026

**Electronically via CM/ECF System Only:**

JOHN L MC CLAIN ESQ
JOHN L MC CLAIN & ASSOCIATES
PO BOX 123
NARBERTH, PA  19072-0123


                                                    */s/ Deborah A. Earnshaw*
                                                  Deborah A. Earnshaw
                                                  for
                                                  Scott F. Waterman, Esquire
                                                  Standing Chapter 13 Trustee