**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

: Chapter 13

    **Naddeo, Frederick R.**
    **Naddeo, Debra A.**
        **Debtor**

: 20-11230

**ORDER  ALLOWING SETTLEMENT OF DEBTORS' PERSONAL INJURY CLAIMS <u>AND
APPROVAL OF PAYMENT OF COUNSEL FEES AND COSTS</u>**

    **AND NOW,** this _____ day of _____ 2020, upon consideration of the Motion of Debtors, Frederick R. and Debra A. Naddeo, for settlement of Joint Debtor's Personal Injury Lawsuit, and payment of counsel fees and costs, and any answer thereto, it is hereby **ORDERED** as follows:

    (A) Joint Debtor's settlement of her Personal Injury Claim for $64,000.00 and $1,000.00 for "Med Pay" is allowed;

    (B) Payment of the 33% legal fee of settlement - $21,120.00 ($14,150.60 to Stark and Stark and $6,969.60 to Goldfein & Joseph) is allowed;

    (C) Payment of Medical Expenses - $1290.00 is allowed;

    (D) Payment of the Lien to "The Rawlings Company" - $7,688.22 is allowed; and

    (E) Payment to Debtors of $34,901.78 representing the net settlement amount is allowed.

BY THE COURT

_____
United States Bankruptcy Judge

**Date: August 5, 2020**

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Frederick R. and Debra A.
385 Upland Way
Drexel Hill, PA 19026

Michael C. Ksiazek, Esq.
Stark & Stark Attorneys at Law
777 Township Line Road, Suite 120
Yardley, PA 19067

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606