United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Frederick R. Naddeo  
Debra A. Naddeo  
      Debtors

Case No. 20-11230-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Aug 05, 2020  
                     Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2020.
```
db/jdb         +Frederick R. Naddeo,    Debra A. Naddeo,    385 Upland Way,    Drexel Hill, PA 19026-1023
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 06 2020 04:47:21     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 06 2020 04:46:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 06 2020 04:47:18     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 06 2020 04:46:54
                 AmeriCredit Financial Services, Inc. dba GM Financ,    P.O. Box 183853,
                 Arlington, TX 76096-3853
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2020 at the address(es) listed below:
```
              JOHN L. MCCLAIN    on behalf of Joint Debtor Debra A. Naddeo aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Debtor Frederick R. Naddeo aaamcclain@aol.com,
               edpabankcourt@aol.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
               for the holders of the CIM Trust 2018-NR1, Mortgage-Backed Notes, Series 2018-NR1
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

|   |   |
|---|---|
| Naddeo, Frederick R. | : Chapter 13 |
| Naddeo, Debra A. |   |
| Debtor | : 20-11230 |

**ORDER ALLOWING SETTLEMENT OF DEBTORS' PERSONAL INJURY CLAIMS <u>AND APPROVAL OF PAYMENT OF COUNSEL FEES AND COSTS</u>**

**AND NOW,** this       day of                    2020, upon consideration of the Motion of Debtors, Frederick R. and Debra A. Naddeo, for settlement of Joint Debtor's Personal Injury Lawsuit, and payment of counsel fees and costs, and any answer thereto, it is hereby **ORDERED** as follows:

(A) Joint Debtor's settlement of her Personal Injury Claim for $64,000.00 and $1,000.00 for "Med Pay" is allowed;

(B) Payment of the 33% legal fee of settlement - $21,120.00 ($14,150.60 to Stark and Stark and $6,969.60 to Goldfein & Joseph) is allowed;

(C) Payment of Medical Expenses - $1290.00 is allowed;

(D) Payment of the Lien to "The Rawlings Company" - $7,688.22 is allowed; and

(E) Payment to Debtors of $34,901.78 representing the net settlement amount is allowed.

BY THE COURT

_____      **Date: August 5, 2020**
United States Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Frederick R. and Debra A.
385 Upland Way
Drexel Hill, PA 19026

Michael C. Ksiazek, Esq.
Stark & Stark Attorneys at Law
777 Township Line Road, Suite 120
Yardley, PA 19067

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606