| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 20-11230-AMC

Frederick R. Naddeo
Debra A. Naddeo
385 Upland Way
Drexel Hill  PA    19026

Petition Filed Date: 02/28/2020
341 Hearing Date: 04/10/2020
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/02/2020 | $1,425.00 | | 04/07/2020 | $657.69 | 3003942622 | 04/21/2020 | $657.69 | 3003960169 |
| 05/05/2020 | $657.69 | 626030039820 | 05/19/2020 | $657.69 | 3004004365 | 06/02/2020 | $657.69 | 3004023651 |
| 06/16/2020 | $657.69 | 3004044253 | 06/30/2020 | $657.69 | 3004063503 | 07/14/2020 | $657.69 | 3004093847 |
| 07/28/2020 | $657.69 | 3004115992 | 08/11/2020 | $657.69 | 3004136965 | | | |

**Total Receipts for the Period: $8,001.90    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,001.90**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Frederick R. Naddeo | Debtor Refunds | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,001.90 | Current Monthly Payment: | $1,425.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($876.90) |
| Paid to Trustee: | $800.20 | Total Plan Base: | $85,500.00 |
| Funds on Hand: | $7,201.70 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.