# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          : Chapter 13

**Naddeo, Frederick R.**
**Naddeo, Debra A.**
    **Debtors**

                                  :         20-11230

## CERTIFICATE OF SERVICE OF
## DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN

I certify that on September 14, 2020 the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtors' petition and from the claims docket were served a copy of the Debtors' FIRST Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.


Dated: September 14, 2020

                                  "/s/"Mitchell J. Prince
                                  John L. McClain, Esquire
                                  Mitchell J. Prince, Esquire
                                  Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072