**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          : Chapter 13

**Naddeo, Frederick R.
Naddeo, Debra A.
          Debtors**

                                                :        20-11230

**CERTIFICATE OF SERVICE OF
DEBTORS' SECOND AMENDED CHAPTER 13 PLAN**

I certify that on November 16, 2020 the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtors' petition and from the claims docket were served a copy of the Debtors' Second Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: November 16, 2020

　　　　　　　　　　　　　　　　　　　　"/s/"Mitchell J. Prince
　　　　　　　　　　　　　　　　　　　　John L. McClain, Esquire
　　　　　　　　　　　　　　　　　　　　Mitchell J. Prince, Esquire
　　　　　　　　　　　　　　　　　　　　Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072