IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: FREDERICK R. NADDEO )<br>DEBRA A. NADDEO )<br>**Debtor(s)** )<br> )<br>AMERICREDIT FINANCIAL SERVICES, INC. )<br>dba GM FINANCIAL )<br>**Moving Party** )<br> )<br>v. )<br> )<br>FREDERICK R. NADDEO )<br>DEBRA A. NADDEO )<br>**Respondent(s)** )<br> )<br>SCOTT F. WATERMAN )<br>**Trustee** | | CHAPTER 13<br><br>Case No.: 20-11230 (AMC) |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtors in settlement of the Objection To Confirmation, and filed on or about November 17, 2020 in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: November 18, 2020**

_____
UNITED STATES BANKRUPTCY JUDGE