United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 20-11230-amc

Frederick R. Naddeo                                                                       Chapter 13

Debra A. Naddeo

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frederick R. Naddeo, Debra A. Naddeo, 385 Upland Way, Drexel Hill, PA 19026-1023 |
| cr | | ECMC, PO BOX 16408, SAINT PAUL, MN 55116-0408 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 19 2020 02:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 19 2020 02:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 19 2020 02:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 19 2020 02:49:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P.O. Box 183853, Arlington, TX 76096-3853 |
| cr | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 19 2020 02:49:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2020                          Signature:          /s/Joseph Speetjens

District/off: 0313-2                           User: Adminstra                              Page 2 of 2

Date Rcvd: Nov 18, 2020                        Form ID: pdf900                              Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| JOHN L. MCCLAIN | on behalf of Debtor Frederick R. Naddeo aaamcclain@aol.com  edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Joint Debtor Debra A. Naddeo aaamcclain@aol.com  edpabankcourt@aol.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2018-NR1, Mortgage-Backed Notes, Series 2018-NR1 bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: FREDERICK R. NADDEO | ) | |
|     DEBRA A. NADDEO | ) | |
|     **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| AMERICREDIT FINANCIAL SERVICES, INC. | ) | Case No.: 20-11230 (AMC) |
| dba GM FINANCIAL | ) | |
|     **Moving Party** | ) | |
| | ) | |
|    v. | ) | |
| | ) | |
| FREDERICK R. NADDEO | ) | |
| DEBRA A. NADDEO | ) | |
|     **Respondent(s)** | ) | |
| | ) | |
| SCOTT F. WATERMAN | ) | |
|     **Trustee** | | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtors in settlement of the Objection To Confirmation, and filed on or about November 17, 2020 in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: November 18, 2020**

_____
UNITED STATES BANKRUPTCY JUDGE