**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          : Chapter 13
    Naddeo, Frederick R.
    Naddeo, Debra A.
        Debtors                      : 20-11230

**AMENDED ORDER DIRECTING EMPLOYER* TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
Liquor Control Board
Pennsylvania Treasury
G10 Finance Building
Harrisburg, PA 17120**

Re:   **Naddeo, Frederick R.**
SSN:  xxx-xx-5659

The future earnings of the above named debtor Naddeo, Frederick R., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtors' amended chapter 13 plan,

**It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of:  **$1,425.00 for 9 months (started back on March 1, 2020), then as of this December 1, 2020, the payment shall increase to $1,600.00 per month for 51 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$1,425.00 for 9 months (started back on March 1, 2020), then as of this December 1, 2020, the payment shall increase to $1,600.00 per month for 51 months to:** Scott Waterman Trustee, P.O. Box 680, Memphis, TN 38101-0680

BY THE COURT:_____*[signature]*_____
                      JUDGE              **Date: December 15, 2020**

Liquor Control Board
Pennsylvania Treasury
G10 Finance Building
Harrisburg, PA 17120

Naddeo, Frederick R.
Naddeo, Debra A.
385 Upland Way
Drexel Hill, PA 19026


Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123