United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                       Case No. 20-11230-amc
Frederick R. Naddeo                                                                          Chapter 13
Debra A. Naddeo
       Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Adminstra          Page 1 of 3
Date Rcvd: Dec 17, 2020       Form ID: 155             Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
           regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frederick R. Naddeo, Debra A. Naddeo, 385 Upland Way, Drexel Hill, PA 19026-1023 |
| 14539826 | + | AmeriCredit Financial Services, Inc., d/b/a GM Financial, William E. Craig, Esquire, 110 Marter Ave. Suite 301, Moorestown, NJ 08057-3124 |
| 14474699 | + | American Collections E, 6094d Franconia Rd, Alexandria, VA 22310-4433 |
| 14474700 | + | Aqua Pennsylvania, PO Box 70279, Philadelphia, PA 19176-0279 |
| 14474701 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14474705 | + | Crozer-Keystone Health System, PO Box 9800, Coral Springs, FL 33075-0800 |
| 14532043 |   | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14474709 | + | John L. McClain and Associates, PC, PO Box 123, Narberth, PA 19072-0123 |
| 14474710 | + | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14474712 | + | MIDLAND FUNDING LLC, 7 ENTIN RD, PARSIPPANY NJ 07054-5020 |
| 14474711 | + | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14482953 | + | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 14474713 | + | Pheaa, Pob 61017, Harrisburg, PA 17106-1017 |
| 14474716 | + | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 14474717 | + | Tbom/total Crd, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 14474718 | + | Tom Jefs Uni, 1020 Walnut St, Philadelphia, PA 19107-5567 |
| 14474719 | + | U S Dept Of Ed/gsl/atl, Po Box 5609, Greenville, TX 75403-5609 |
| 14479933 | + | U.S. Bank National Association, as indenture trust, C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14474720 | + | UPPER DARBY TOWNSHIP, c/o John McMullan Fin Dir, 100 GARRETT ROAD, UPPER DARBY, PA 19082-3135 |
| 14474721 | + | Wf/preferr, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14484110 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 18 2020 05:03:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14497520 | + | Email/Text: g20956@att.com | Dec 18 2020 05:04:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14499203 | | Email/Text: ally@ebn.phinsolutions.com | Dec 18 2020 05:02:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14474698 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 18 2020 05:02:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14491539 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 18 2020 04:47:08 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14474702 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 18 2020 04:51:38 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14478398 | + | Email/Text: bankruptcy@cavps.com | Dec 18 2020 05:03:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

Case 20-11230-amc    Doc 64    Filed 12/19/20    Entered 12/20/20 01:00:03    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 17, 2020 | Form ID: 155 | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14474703 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 18 2020 05:03:00 | | Comenitycb/ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 14474704 | + | Email/Text: convergent@ebn.phinsolutions.com Dec 18 2020 05:03:00 | | Convergent Outsourcing, Po Box 9004, Renton, WA 98057-9004 |
| 14474706 | + | Email/Text: bknotice@ercbpo.com Dec 18 2020 05:03:00 | | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 14474707 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org Dec 18 2020 05:02:00 | | Franklin Mint Fcu Il, 5 Hillman Drive, Chadds Ford, PA 19317 |
| 14488910 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org Dec 18 2020 05:02:00 | | Franklin Mint Federal Credit Union, 5 Hillman Drive, Ste. 100, Chadds Ford, PA 19317 |
| 14474708 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Dec 18 2020 05:03:00 | | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14478824 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 18 2020 04:56:37 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14495942 | + | Email/Text: bankruptcydpt@mcmcg.com Dec 18 2020 05:03:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14493458 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2020 04:46:52 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14493502 | + | Email/Text: colleen.atkinson@rmscollect.com Dec 18 2020 05:04:00 | | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14474714 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2020 04:51:40 | | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14499176 | | Email/Text: bnc-quantum@quantum3group.com Dec 18 2020 05:03:00 | | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14474715 | + | Email/Text: colleen.atkinson@rmscollect.com Dec 18 2020 05:04:00 | | Receivable Management, Pob 17305, Richmond, VA 23226-7305 |
| 14501590 | | Email/Text: jennifer.chacon@spservicing.com Dec 18 2020 05:04:00 | | U.S. Bank National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14497790 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2020         Signature:    /s/Joseph Speetjens

Case 20-11230-amc   Doc 64   Filed 12/19/20   Entered 12/20/20 01:00:03   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 17, 2020 | Form ID: 155 | Total Noticed: 41 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOHN L. MCCLAIN | on behalf of Debtor Frederick R. Naddeo aaamcclain@aol.com  edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Joint Debtor Debra A. Naddeo aaamcclain@aol.com  edpabankcourt@aol.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2018-NR1, Mortgage-Backed Notes, Series 2018-NR1 bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Frederick R. Naddeo and Debra A. Naddeo

    Debtor(s)

Chapter: 13

Bankruptcy No: 20−11230−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this December 16, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

60
Form 155