**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          : Chapter 13
    Naddeo, Frederick R.
    Naddeo, Debra A.
        Debtors                                    : 20-11230

### CERTIFICATE OF SERVICE

    I certify that on  February 27, 2021 , I mailed by regular first class mail and or by electronic means a copy of the Debtors' Motion to Avoid Lien Impairing Exemption- Judicial Lien and Order Requiring Answer and Notice of Hearing to Consider Motion to the parties listed below.

Dated: February 27, 2021

                "/s/" Mitchell J. Prince
                John L. McClain, Esquire
                Mitchell J. Prince, Esquire
                Attorneys for debtors

**JOHN L. MCCLAIN & ASSOCIATES, PC
ATTORNEYS AT LAW
P.O. Box 123
Narberth, PA 19072**

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

**Midland Funding, LLC
c/o Midland Credit Management, INC
PO BOX 2011
Warren, MI 48090
ATTN: Angela Dery**

Frederick R. and Debra A. Naddeo
385 Upland Way
Drexel Hill, PA 19026