# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **: Chapter 13** |
| **Naddeo, Frederick R.** | |
| **Naddeo, Debra A.** | |
| **Debtors** | **: 20-11230** |

## ORDER

**AND NOW**, upon Motion of the Debtor to avoid a judicial lien held by Midland Funding, LLC ("the Respondent") in personal property and/or real property of the Debtors located at 385 Upland Way, Drexel Hill, PA 19026,

**AND**, the Debtors having asserted that the alleged lien arising from the judgment entered at the District Court of Delaware County, Pennsylvania AND DOCKET #MJ-32135-CV-0000169-2016 is subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtors having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default.

It is further **ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, in the real property of the Debtors and/or the personal property of the Debtors listed and claimed as exempt in Schedule C of the Debtors' bankruptcy schedules is **AVOIDED**.

**Date:** _____
**Ashely M. Chan**
**U.S. BANKRUPTCY JUDGE**