UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  FREDERICK R. NADDEO　　　　　: Chapter 13
　　　　　　　and
　　　　DEBRA A. NADDEO　　　　　　　　:

　　　　　　　Debtors　　　　　　　　　: Bankruptcy No.  20-11230AMC

## **O R D E R**

AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim Number 1-1 of Cavalry SPV I, LLC as assignee of HSBC Consumer Lending USA Inc./Household Finance and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 1-1 of Cavalry SPV I, LLC as assignee of HSBC Consumer Lending  USA Inc./Household Finance  is disallowed.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

Dated: _____　　　　　　　　　　　_____
**Date: March 3, 2021**　　　　　　　　　**ASHELY M. CHAN,**
　　　　　　　　　　　　　　　　　　　　　**Bankruptcy Judge**