UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: FREDERICK R. NADDEO         : Chapter 13
           and
    DEBRA A. NADDEO                :

           Debtors                 : Bankruptcy No. 20-11230AMC

## O R D E R

AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim Number 2-1 of LVNV Funding, LLC, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 2-1 of LVNV Funding, LLC is disallowed.

BY THE COURT:

Dated: _____                    _____
**Date: March 3, 2021**              **ASHELY M. CHAN,**
                                     **Bankruptcy Judge**