UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: FREDERICK R. NADDEO            : Chapter 13
          and
      DEBRA A. NADDEO                 :

          Debtors                     : Bankruptcy No. 20-11230AMC

## O R D E R

AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim Number 7-1 of Portfolio Recovery Associates, LLC and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 7-1 of Portfolio Recovery Associates, LLC is disallowed.

BY THE COURT:

_____
**ASHELY M. CHAN,**
**Bankruptcy Judge**

Dated: _____

**Date: March 3, 2021**