UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  FREDERICK R. NADDEO             : Chapter 13
        and
    DEBRA A. NADDEO                          :

        Debtors                          : Bankruptcy No.  20-11230AMC

**O R D E R**

AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim Number 8-1 of Portfolio Recovery Associates, LLC and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 8-1 of Portfolio Recovery Associates, LLC is disallowed.

BY THE COURT:

Dated: _____
**Date: March 3, 2021**

_____
**ASHELY M. CHAN,**
**Bankruptcy Judge**