| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-11230-AMC**

Frederick R. Naddeo  
Debra A. Naddeo  
385 Upland Way  
Drexel Hill  PA    19026

Petition Filed Date: 02/28/2020  
341 Hearing Date: 04/10/2020  
Confirmation Date: 12/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/02/2020 | $1,425.00 | | 04/07/2020 | $657.69 | 3003942622 | 04/21/2020 | $657.69 | 3003960169 |
| 05/05/2020 | $657.69 | 626030039820 | 05/19/2020 | $657.69 | 3004004365 | 06/02/2020 | $657.69 | 3004023651 |
| 06/16/2020 | $657.69 | 3004044253 | 06/30/2020 | $657.69 | 3004063503 | 07/14/2020 | $657.69 | 3004093847 |
| 07/28/2020 | $657.69 | 3004115992 | 08/11/2020 | $657.69 | 3004136965 | 08/25/2020 | $657.69 | 3004158650 |
| 09/09/2020 | $657.69 | 3004182325 | 09/23/2020 | $657.69 | 3004203018 | 10/06/2020 | $657.69 | 3004227111 |
| 10/20/2020 | $657.69 | 3004248833 | 11/03/2020 | $657.69 | 3004271503 | 11/17/2020 | $657.69 | 3004295926 |
| 12/01/2020 | $657.69 | 3004318193 | 12/21/2020 | $657.69 | 626030043451 | 12/30/2020 | $657.69 | 626030043625 |
| 01/19/2021 | $657.69 | 3004383042 | 02/01/2021 | $738.46 | 3004399774 | 02/09/2021 | $738.46 | 3004421155 |
| 03/02/2021 | $738.46 | 3004441854 | 03/09/2021 | $738.46 | 3004464185 | 03/23/2021 | $738.46 | 3004485024 |
| 04/05/2021 | $738.46 | 3004506178 | 04/20/2021 | $738.46 | 3004529572 | 05/04/2021 | $738.46 | 3004549251 |
| 05/19/2021 | $738.46 | 3004570600 | 06/02/2021 | $738.46 | 3004591184 | | | |

**Total Receipts for the Period:  $22,621.09    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $22,621.09**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Frederick R. Naddeo | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | CAVALRY INVESTMENTS LLC »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | EDUCATIONAL CREDIT MGMT CORP »» 003 | Unsecured Creditors | $17,637.19 | $0.00 | $17,637.19 |
| 4 | AMERICREDIT FINANCIAL SERVICES »» 004 | Secured Creditors | $4,659.13 | $653.74 | $4,005.39 |
| 5 | FRANKLIN MINT FEDERAL CU »» 005 | Unsecured Creditors | $427.76 | $0.00 | $427.76 |
| 6 | AMERICAN INFOSOURCE LP »» 006 | Unsecured Creditors | $726.90 | $0.00 | $726.90 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | RECEIVABLES MANAGEMENT SYSTEMS »» 009 | Unsecured Creditors | $645.12 | $0.00 | $645.12 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 010 | Unsecured Creditors | $1,687.39 | $0.00 | $1,687.39 |

**Chapter 13 Case No. 20-11230-AMC**

| | | | | | |
|---|---|---|---|---|---:|
| 11 | AT&T MOBILITY II LLC C/O AT&T SERVICES »» 011 | Unsecured Creditors | $1,613.45 | $0.00 | $1,613.45 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 012 | Unsecured Creditors | $2,234.64 | $0.00 | $2,234.64 |
| 13 | MOMA FUNDING LLC »» 013 | Unsecured Creditors | $478.61 | $0.00 | $478.61 |
| 14 | ALLY FINANCIAL »» 014 | Secured Creditors | $26,514.72 | $3,720.44 | $22,794.28 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $847.45 | $0.00 | $847.45 |
| 16 | SELECT PORTFOLIO SERVICING INC »» 016 | Mortgage Arrears | $42,415.60 | $5,951.59 | $36,464.01 |
| 17 | UPPER DARBY TOWNSHIP »» 017 | Unsecured Creditors | $742.43 | $0.00 | $742.43 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $9,681.50 | $9,681.50 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $22,621.09 | Current Monthly Payment: | $1,600.00 |
| Paid to Claims: | $20,007.27 | Arrearages: | ($1,073.09) |
| Paid to Trustee: | $1,949.21 | Total Plan Base: | $93,548.00 |
| Funds on Hand: | $664.61 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.