| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-11230-AMC

Frederick R. Naddeo
Debra A. Naddeo
385 Upland Way
Drexel Hill  PA    19026

Petition Filed Date: 02/28/2020
341 Hearing Date: 04/10/2020
Confirmation Date: 12/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $738.46 | 3004506178 | 04/20/2021 | $738.46 | 3004529572 | 05/04/2021 | $738.46 | 3004549251 |
| 05/19/2021 | $738.46 | 3004570600 | 06/02/2021 | $738.46 | 3004591184 | 06/15/2021 | $738.46 | 3004611291 |
| 06/29/2021 | $738.46 | 626030046290 | 07/13/2021 | $738.46 | 3004650333 | 07/27/2021 | $738.46 | 626030046715 |
| 08/11/2021 | $738.46 | 3004690481 | 08/30/2021 | $738.46 | 3004711373 | 09/08/2021 | $738.46 | 3004731986 |
| 09/21/2021 | $738.46 | 3004749547 | 10/05/2021 | $738.46 | 626030047700 | 10/19/2021 | $738.46 | 3004790600 |
| 11/02/2021 | $738.46 | 3004810915 | 11/16/2021 | $738.46 | 3004828372 | 11/29/2021 | $738.46 | 3004850421 |
| 12/14/2021 | $738.46 | 626030048757 | 12/28/2021 | $738.46 | 626030048962 | 01/12/2022 | $738.46 | 626030049174 |
| 01/25/2022 | $738.46 | 626030049366 | 02/11/2022 | $738.46 | 626030049584 | 02/23/2022 | $738.46 | 3004975555 |
| 03/08/2022 | $738.46 | 626030049974 | 03/22/2022 | $738.46 | 626030050200 | 04/07/2022 | $738.46 | 626030050412 |
| 04/19/2022 | $738.46 | 3005063407 | 05/04/2022 | $738.46 | 3005086369 | 05/17/2022 | $738.46 | 626030051354 |
| 06/01/2022 | $738.46 | 3005156097 | 06/14/2022 | $738.46 | 626030051750 | 06/29/2022 | $738.46 | 3005192666 |
| 07/12/2022 | $738.46 | 3005211664 | 07/26/2022 | $738.46 | 30052314905 | | | |

**Total Receipts for the Period:  $25,846.10    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $44,774.89**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Frederick R. Naddeo | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | CAVALRY SPV INVESTMENTS LLC »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | EDUCATIONAL CREDIT MGMT CORP »» 003 | Unsecured Creditors | $17,637.19 | $0.00 | $17,637.19 |
| 4 | AMERICREDIT FINANCIAL SERVICES »» 004 | Secured Creditors | $4,659.13 | $1,935.75 | $2,723.38 |
| 5 | FRANKLIN MINT FEDERAL CU »» 005 | Unsecured Creditors | $427.76 | $0.00 | $427.76 |
| 6 | AMERICAN INFOSOURCE LP »» 006 | Unsecured Creditors | $726.90 | $0.00 | $726.90 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | RECEIVABLES MANAGEMENT SYSTEMS »» 009 | Unsecured Creditors | $645.12 | $0.00 | $645.12 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 010 | Unsecured Creditors | $1,687.39 | $0.00 | $1,687.39 |

| 11 | AT&T MOBILITY II LLC C/O AT&T SERVICES »» 011 | Unsecured Creditors | $1,613.45 | $0.00 | $1,613.45 |
|---|---|---|---|---|---|
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 012 | Unsecured Creditors | $2,234.64 | $0.00 | $2,234.64 |
| 13 | MOMA FUNDING LLC »» 013 | Unsecured Creditors | $478.61 | $0.00 | $478.61 |
| 14 | ALLY FINANCIAL »» 014 | Secured Creditors | $26,514.72 | $11,016.10 | $15,498.62 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $847.45 | $0.00 | $847.45 |
| 16 | SELECT PORTFOLIO SERVICING INC »» 016 | Mortgage Arrears | $42,415.60 | $17,622.42 | $24,793.18 |
| 17 | UPPER DARBY TOWNSHIP »» 017 | Unsecured Creditors | $742.43 | $0.00 | $742.43 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $9,681.50 | $9,681.50 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $44,774.89 | Current Monthly Payment: | $1,600.00 |
| Paid to Claims: | $40,255.77 | Arrearages: | ($826.89) |
| Paid to Trustee: | $3,839.74 | Total Plan Base: | $93,548.00 |
| Funds on Hand: | $679.38 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.