Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-11230-AMC**

Frederick R. Naddeo  
Debra A. Naddeo  
385 Upland Way  
Drexel Hill  PA   19026

Petition Filed Date: 02/28/2020  
341 Hearing Date: 04/10/2020  
Confirmation Date: 12/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2022 | $738.46 | 3005250243 | 08/23/2022 | $738.46 | 626030052709 | 09/07/2022 | $738.46 | 626030052892 |
| 09/20/2022 | $738.46 | 626030053085 | 10/04/2022 | $738.46 | 3005331736 | 10/18/2022 | $738.46 | 3005350930 |
| 11/01/2022 | $738.46 | 3005371113 | 11/15/2022 | $738.46 | 3005390474 | 11/28/2022 | $738.46 | 626030054052 |
| 12/13/2022 | $738.46 | 3005430817 | 12/28/2022 | $738.46 | 3005452557 | 01/11/2023 | $738.46 | 3005469749 |
| 01/24/2023 | $738.46 | 3005487062 | 02/07/2023 | $738.46 | 626030055094 | 02/22/2023 | $738.46 | 626030055383 |
| 03/10/2023 | $738.46 | 3005557083 | 03/21/2023 | $738.46 | 3005577394 | 04/04/2023 | $738.46 | 3005600597 |
| 04/18/2023 | $738.46 | 3005620860 | 05/02/2023 | $738.46 | 3005647529 | 05/16/2023 | $738.46 | 3005667156 |
| 06/01/2023 | $738.46 | 3005688163 | 06/13/2023 | $738.46 | 626030057080 | 06/27/2023 | $738.46 | 3005724769 |
| 07/14/2023 | $738.46 | 626030057427 | 07/25/2023 | $738.46 | 3005764913 | | | |

**Total Receipts for the Period: $19,199.96    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $64,713.31**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Frederick R. Naddeo | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | CAVALRY SPV INVESTMENTS LLC  »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC  »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | EDUCATIONAL CREDIT MGMT CORP  »» 003 | Unsecured Creditors | $17,637.19 | $0.00 | $17,637.19 |
| 4 | AMERICREDIT FINANCIAL SERVICES  »» 004 | Secured Creditors | $4,659.13 | $3,050.36 | $1,608.77 |
| 5 | FRANKLIN MINT FEDERAL CU  »» 005 | Unsecured Creditors | $427.76 | $0.00 | $427.76 |
| 6 | CAPITAL ONE BANK (USA) NA  »» 006 | Unsecured Creditors | $726.90 | $0.00 | $726.90 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES  »» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES  »» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | RECEIVABLES MANAGEMENT SYSTEMS  »» 009 | Unsecured Creditors | $645.12 | $0.00 | $645.12 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT  »» 010 | Unsecured Creditors | $1,687.39 | $0.00 | $1,687.39 |
| 11 | AT&T MOBILITY II LLC C/O AT&T SERVICES  »» 011 | Unsecured Creditors | $1,613.45 | $0.00 | $1,613.45 |

| | | | | | |
|---|---|---|---|---|---|
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 012 | Unsecured Creditors | $2,234.64 | $0.00 | $2,234.64 |
| 13 | MOMA FUNDING LLC »» 013 | Unsecured Creditors | $478.61 | $0.00 | $478.61 |
| 14 | ALLY FINANCIAL »» 014 | Secured Creditors | $26,514.72 | $17,359.23 | $9,155.49 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $847.45 | $0.00 | $847.45 |
| 16 | SELECT PORTFOLIO SERVICING INC »» 016 | Mortgage Arrears | $42,415.60 | $27,769.57 | $14,646.03 |
| 17 | UPPER DARBY TOWNSHIP »» 017 | Unsecured Creditors | $742.43 | $0.00 | $742.43 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $9,681.50 | $9,681.50 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $64,713.31 | Current Monthly Payment: | $1,600.00 |
| Paid to Claims: | $57,860.66 | Arrearages: | ($1,565.31) |
| Paid to Trustee: | $5,508.65 | Total Plan Base: | $93,548.00 |
| Funds on Hand: | $1,344.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.