Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 20-11230-AMC**

Frederick R. Naddeo  
Debra A. Naddeo  
385 Upland Way  
Drexel Hill  PA   19026

Petition Filed Date: 02/28/2020  
341 Hearing Date: 04/10/2020  
Confirmation Date: 12/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $738.46 | 3005785140 | 08/22/2023 | $738.46 | 3005805755 | 09/06/2023 | $738.46 | 3005826319 |
| 09/19/2023 | $738.46 | 3005844887 | 10/03/2023 | $738.46 | 3005869995 | 10/18/2023 | $738.46 | 626030058894 |
| 10/31/2023 | $738.46 | 3005909076 | 11/13/2023 | $738.46 | 3005926774 | 11/28/2023 | $738.46 | 3005944154 |
| 12/12/2023 | $738.46 | 3005965733 | 12/28/2023 | $738.46 | 3005984473 | 01/10/2024 | $738.46 | 626030060024 |
| 01/24/2024 | $738.46 | 3006018778 | 02/06/2024 | $738.46 | 3006039595 | 02/21/2024 | $738.46 | 3006061803 |
| 03/05/2024 | $738.46 | 626030060812 | 03/19/2024 | $738.46 | 3006099711 | 04/02/2024 | $738.46 | 626030061172 |
| 04/16/2024 | $738.46 | 626030061364 | 05/02/2024 | $738.46 | 626030061574 | 05/20/2024 | $738.46 | 3006180125 |
| 05/30/2024 | $738.46 | 626030062331 | 06/13/2024 | $738.46 | 3006254406 | 06/25/2024 | $738.46 | 3006269828 |
| 07/09/2024 | $738.46 | 3006289407 | 07/23/2024 | $738.46 | 3006306682 | | | |

**Total Receipts for the Period: $19,199.96    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $84,651.73**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Frederick R. Naddeo | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | CAVALRY SPV INVESTMENTS LLC »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | EDUCATIONAL CREDIT MGMT CORP »» 003 | Unsecured Creditors | $17,637.19 | $0.00 | $17,637.19 |
| 4 | AMERICREDIT FINANCIAL SERVICES »» 004 | Secured Creditors | $4,659.13 | $4,230.88 | $428.25 |
| 5 | FRANKLIN MINT FEDERAL CU »» 005 | Unsecured Creditors | $427.76 | $0.00 | $427.76 |
| 6 | CAPITAL ONE BANK (USA) NA »» 006 | Unsecured Creditors | $726.90 | $0.00 | $726.90 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | RECEIVABLES MANAGEMENT SYSTEMS »» 009 | Unsecured Creditors | $645.12 | $0.00 | $645.12 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 010 | Unsecured Creditors | $1,687.39 | $0.00 | $1,687.39 |
| 11 | AT&T MOBILITY II LLC C/O AT&T SERVICES »» 011 | Unsecured Creditors | $1,613.45 | $0.00 | $1,613.45 |

| # | Creditor | Type | Claimed | Paid | Balance |
|---|---|---|---|---|---|
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 012 | Unsecured Creditors | $2,234.64 | $0.00 | $2,234.64 |
| 13 | MOMA FUNDING LLC »» 013 | Unsecured Creditors | $478.61 | $0.00 | $478.61 |
| 14 | ALLY BANK aka ALLY FINANCIAL »» 014 | Secured Creditors | $26,514.72 | $24,077.54 | $2,437.18 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $847.45 | $0.00 | $847.45 |
| 16 | SELECT PORTFOLIO SERVICING INC »» 016 | Mortgage Arrears | $42,415.60 | $38,516.83 | $3,898.77 |
| 17 | UPPER DARBY TOWNSHIP »» 017 | Unsecured Creditors | $742.43 | $0.00 | $742.43 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $9,681.50 | $9,681.50 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $84,651.73 | Current Monthly Payment: | $1,600.00 |
| Paid to Claims: | $76,506.75 | Arrearages: | ($2,303.73) |
| Paid to Trustee: | $7,480.37 | Total Plan Base: | $93,548.00 |
| Funds on Hand: | $664.61 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.