**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                                    **: Chapter 13**
    **Naddeo, Frederick R.**
    **Naddeo, Debra A.**
       **Debtor**                        **: 20-11230**


**CERTIFICATE OF SERVICE OF**
**NOTICE OF TERMINATION OF WAGE ORDER**

    I certify that on  February 28, 2025 , I mailed by regular first class mail and/or by electronic means a copy of the NOTICE OF TERMINATION OF WAGE ORDER filed by the court to the Debtor's employer listed below.

Dated: February 28, 2025


                  "/s/" Mitchell J. Prince
                 John L. McClain, Esquire
                 Mitchell J. Prince, Esquire
                 Attorneys for debtor

**JOHN L. MCCLAIN & ASSOCIATES, PC**
**1851 C.R. 27**
**Owls Head, NY 12969**

Liquor Control Board
Pennsylvania Treasury
G10 Finance Building
Harrisburg, PA 17120