United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-11230-amc

Frederick R. Naddeo  Chapter 13

Debra A. Naddeo

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 4
Date Rcvd: Feb 27, 2025  Form ID: 138OBJ  Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frederick R. Naddeo, Debra A. Naddeo, 385 Upland Way, Drexel Hill, PA 19026-1023 |
| 14902662 | | Ally Bank, Payment Processing Center, PO Box 660618, Dallas, TX 75266-0618 |
| 14539826 | + | AmeriCredit Financial Services, Inc., d/b/a GM Financial, William E. Craig, Esquire, 110 Marter Ave. Suite 301, Moorestown, NJ 08057-3124 |
| 14474699 | + | American Collections E, 6094d Franconia Rd, Alexandria, VA 22310-4433 |
| 14474700 | + | Aqua Pennsylvania, PO Box 70279, Philadelphia, PA 19176-0279 |
| 14474705 | + | Crozer-Keystone Health System, PO Box 9800, Coral Springs, FL 33075-0800 |
| 14474718 | + | Tom Jefs Uni, 1020 Walnut St, Philadelphia, PA 19107-5567 |
| 14479933 | + | U.S. Bank National Association, as indenture trust, C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14474720 | + | UPPER DARBY TOWNSHIP, c/o John McMullan Fin Dir, 100 GARRETT ROAD, UPPER DARBY, PA 19082-3135 |
| 14687343 | + | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14687342 | + | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 28 2025 01:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 28 2025 01:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14484110 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 28 2025 01:24:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14497520 | + | Email/Text: g17768@att.com | Feb 28 2025 01:24:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14902662 | ^ | MEBN | Feb 28 2025 00:21:08 | Ally Bank, Payment Processing Center, PO Box 660618, Dallas, TX 75266-0618 |
| 14499203 | | Email/Text: ally@ebn.phinsolutions.com | Feb 28 2025 01:24:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14620357 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 28 2025 00:42:45 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14474698 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 28 2025 01:24:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |

Case 20-11230-amc   Doc 128   Filed 03/01/25   Entered 03/02/25 00:35:24   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 27, 2025 | Form ID: 138OBJ | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 14474701 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 28 2025 01:24:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14491539 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 28 2025 00:43:15 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14474702 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2025 01:14:36 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14478398 | + | Email/Text: bankruptcy@cavps.com | Feb 28 2025 01:25:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14474703 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2025 01:25:00 | Comenitycb/ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 14474704 | + | Email/Text: convergent@ebn.phinsolutions.com | Feb 28 2025 01:25:58 | Convergent Outsourcing, Po Box 9004, Renton, WA 98057-9004 |
| 14532043 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 28 2025 01:25:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14474707 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Feb 28 2025 01:24:00 | Franklin Mint Fcu Il, 5 Hillman Drive, Chadds Ford, PA 19317 |
| 14488910 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Feb 28 2025 01:24:00 | Franklin Mint Federal Credit Union, 5 Hillman Drive, Ste. 100, Chadds Ford, PA 19317 |
| 14474708 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 28 2025 01:24:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14474710 | ^ | MEBN | Feb 28 2025 00:20:35 | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14478824 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2025 00:43:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14474711 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 28 2025 01:25:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14495942 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 28 2025 01:25:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14482953 | + | Email/Text: bncnotifications@pheaa.org | Feb 28 2025 01:24:00 | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 14493458 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2025 00:30:45 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14474712 | | Email/Text: signed.order@pfwattorneys.com | Feb 28 2025 01:24:00 | MIDLAND FUNDING LLC, 7 ENTIN RD, PARSIPPANY NJ 07054 |
| 14493502 | + | Email/Text: joey@rmscollect.com | Feb 28 2025 01:25:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14474713 | + | Email/Text: bncnotifications@pheaa.org | Feb 28 2025 01:24:00 | Pheaa, Pob 61017, Harrisburg, PA 17106-1017 |
| 14474714 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2025 01:14:43 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14499176 | | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2025 01:25:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14474715 | + | Email/Text: joey@rmscollect.com | Feb 28 2025 01:25:00 | Receivable Management, Pob 17305, Richmond, VA 23226-7305 |
| 14474716 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 28 2025 01:25:00 | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 14620188 | ^ | MEBN | Feb 28 2025 00:21:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14474717 | + | Email/Text: famc-bk@1stassociates.com | Feb 28 2025 01:25:00 | Tbom/total Crd, Po Box 85710, Sioux Falls, SD |

Case 20-11230-amc    Doc 128    Filed 03/01/25    Entered 03/02/25 00:35:24    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 27, 2025 | Form ID: 138OBJ | Total Noticed: 46 |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 57118-5710 |
| 14474719 | + | Email/Text: EDBKNotices@ecmc.org | Feb 28 2025 01:24:00 | U S Dept Of Ed/gsl/atl, Po Box 5609, Greenville, TX 75403-5609 |
| 14501590 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 28 2025 01:25:00 | U.S. Bank National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14474721 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Feb 28 2025 00:43:15 | Wf/preferr, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14497790 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14653437 | *+ | U.S. Bank National Association, et. al., C/O SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT. 84165-0250 |
| 14474706 | ##+ | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 14474709 | ##+ | John L. McClain and Associates, PC, PO Box 123, Narberth, PA 19072-0123 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2018-NR1, Mortgage-Backed Notes, Series 2018-NR1 bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2021-NR2, Mortgage-Backed Notes, Series 2021-NR2 bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Darby Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JOHN L. MCCLAIN | on behalf of Debtor Frederick R. Naddeo aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| JOHN L. MCCLAIN | on behalf of Joint Debtor Debra A. Naddeo aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2021-NR2, Mortgage-Backed Notes, Series 2021-NR2 mimcgowan@raslg.com |
| POLLY A. LANGDON | |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 27, 2025 | Form ID: 138OBJ | Total Noticed: 46 |

on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 10

*Form 138OBJ* (6/24)−doc 126 − 123

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Frederick R. Naddeo )   Case No. 20−11230−amc
)
)
   Debra A. Naddeo )   Chapter: 13
)
   Debtor(s). )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 27, 2025         For The Court

        Timothy B. McGrath
        Clerk of Court